**STATE of Missouri, Respondent,**

v.

**David BURTON, Appellant.**

**No. WD 76505.**

Missouri Court of Appeals,
Western District.

Aug. 5, 2014.

Daniel N. McPherson, Jefferson City, MO, for respondent.

Joshua Curtis Sindel and Travis L. Noble, Jr., Clayton, MO, for appellant.

Before Special Division: MARK D. PFEIFFER, Presiding Judge, GARY D. WITT, Judge and ZEL M. FISCHER, Special Judge.

**ORDER**

PER CURIAM:

David Burton appeals from the trial court's judgment convicting him and sentencing him on a charge of driving while intoxicated as an "aggravated offender." Burton argues that the trial court erred in overruling his motion to suppress evidence and in denying his request to subpoena jurors post-trial regarding misconduct.

Affirmed. Rule 30.25(b). A memorandum setting forth the reasons for this order has been provided to the parties.